UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOAST, INC.,<br><br>                      Plaintiff,<br><br>v.<br><br>SPOTON TRANSACT, INC.<br>ADAM JAY, and KRISTINA BOMPIANI,<br><br>                      Defendants. | Civil Action No. 20-cv-11962 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Toast, Inc., by and through undersigned counsel of record, hereby dismisses all claims in the above-captioned matter without prejudice.

Dated:  November 4, 2020

Respectfully submitted,

TOAST, INC,

By its attorneys,

*/s/ James C. Rehnquist*
James C. Rehnquist (BBO # 552602)
Courtney D. Orazio (BBO # 692385)
Sophie B. Duffy (BBO# 704836) (*admission forthcoming*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
T:  617.570.1000
F:  617.523.1231
JRehnquist@goodwinlaw.com
COrazio@goodwinlaw.com
SDuffy@goodwinlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2020, a true and accurate copy of the foregoing Notice of Voluntary Dismissal Without Prejudice, filed through the CM/ECF system, was served by e-mail and by U.S. mail, postage prepaid, upon the following counsel for the listed Defendants:

**Joshua M. Dalton**
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110
josh.dalton@morganlewis.com

**Tom Evans**
Conforto Law Group, P.C.
20 Park Plaza #1115
Boston, MA 02116
evans@confortolaw.com

**Alexander Furey**
CONSIDINE & FUREY, LLP
One Beacon Street, 22rd Floor
Boston, Massachusetts 02108
afurey@considinefurey.com

/s/ *James C. Rehnquist*
James C. Rehnquist (BBO # 552602)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
T:  617.570.1000
F:  617.523.1231
JRehnquist@goodwinlaw.com